**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore**

Criminal Case No. 14-cr-00044-RM

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.     ALBERTO CONTRERAS-GARRIDO,

      Defendant.

---

**ORDER SETTING TRIAL DATES AND DEADLINES**

---

This matter has been scheduled for a 2½-day jury trial on the docket of Judge Raymond P. Moore in the U.S. District Courthouse, Courtroom A601, 6th Floor, 901 19th Street, Denver, Colorado to commence on **April 21, 2014 at 9:00 a.m.**  It is

ORDERED THAT all pretrial motions shall be filed by **March 4, 2014** and responses to these motions shall be filed by **March 11, 2014**.  It is further

ORDERED that a Trial Preparation Conference is set for **April 14, 2014 at 10:00 a.m.** in Courtroom A601.  Lead counsel who will try the case shall attend in person.

The parties shall be prepared to address the following issues at the Trial Preparation Conference:

1)     jury selection;

2)     sequestration of witnesses;

3)      timing of presentation of witnesses and evidence;

4)      anticipated evidentiary issues;

5)      any stipulations as to fact or law; and

6)      any other issue affecting the duration or course of the trial.

DATED this 19th day of February, 2014.

BY THE COURT:

RAYMOND P. MOORE
United States District Judge