**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No.   14-cr-00044-RM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. ALBERTO CONTRERAS-GARRIDO,

    Defendant.

---

## ORDER

---

    PURSUANT to and in accordance with the Sentencing hearing held before the Honorable Raymond P. Moore, United States District Judge, on July 29, 2014, it is hereby

    ORDERED that Defendant, Alberto Contreras-Garrido, is sentenced to **TIME SERVED.**

    Dated:  July 29, 2014.

                                            BY THE COURT:

                                            s/ Raymond P. Moore
                                            RAYMOND P. MOORE,
                                            UNITED STATES DISTRICT JUDGE